**Appeal No.   2024AP1782**

**STATE OF WISCONSIN**

Cir. Ct. No.  2022CV528

**IN COURT OF APPEALS**
**DISTRICT III**

---

JAY STONE,

   PLAINTIFF-APPELLANT,

   V.

WISCONSIN ELECTIONS COMMISSION,

   DEFENDANT-RESPONDENT.

FILED

November 19, 2025

Samuel A. Christensen
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Rebecca Matoska-Mentink
Clerk of Circuit Court
Kenosha County Courthouse
Electronic Notice

Colin Thomas Roth
Electronic Notice

Jay Stone
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraphs 5 and 55 in the above-captioned opinion which was released on October 14, 2025. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.